Name Debby Genthner
Street Address 4573 N. Woodson Ave.
City and County Fresno
State and Zip Code CA 93705
Telephone Number (559) 408-0886



FILED
OCT 12 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Debby Genthner Pro Se
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Kenneth Chong M.D.
Fresno Imaging Center
Does 1-50

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:16 CV 0 0 1 5 3 4 AWI EPG

*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Debby Genthner |
   | Street Address | 4573 N. Woodson Ave. |
   | City and County | Fresno |
   | State and Zip Code | CA. 93705 |
   | Telephone Number | (559) 408-0886 |

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Kenneth Chong M.D. |
   | Job or Title (if known) | unknown |
   | Street Address | Fresno Imaging Center 6191 N. Thesta |
   | City and County | Fresno |
   | State and Zip Code | CA. 93710 |
   | Telephone Number | (559) 447-2600 |

   Defendant No. 2

   | | |
   |---|---|
   | Name | 2-3 unknown nurses at Fresno Imaging Center |
   | Job or Title (if known) | unknown |
   | Street Address | 6191 N. Thesta |
   | City and County | Fresno |
   | State and Zip Code | CA 93710 |
   | Telephone Number | (559) 447-2600 |

2

Defendant No. 3

Name: Unknown doe X-ray Technician
Job or Title (if known): at Fresno Imaging Center
Street Address: 6191 N. Thesta
City and County: Fresno
State and Zip Code: CA 93710
Telephone Number: (559) 447-2600

Defendant No. 4

Name: 
Job or Title (if known): 
Street Address: 
City and County: 
State and Zip Code: 
Telephone Number: 

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S,CA. 1983, Vicarious Liability, Penal Code 11160, and 11161

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Dr. Kenneth Chong and his assisting nurses saw the foreign body in my abdomen area around my intestines that showed up on the x-ray taken on October 7, 2014 at Fresno Imaging Center. The assisting nurse said no one ever told you this was in there? I thought they were going to report this to my referring doctor. See attache copies for the rest of claims 1-3.

5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking the court to grant me the following relief for the above claims against Dr. Kenneth Stone, Fresno Imaging Center, the nurses and the x-ray technician. I have documented evidence to prove that I have been harmed repeatedly to the present date because Dr. Kenneth Stone, Fresno Imaging Center, the nurses and the x-ray technician see attached copies for additional relief.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

> I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.
>
> Date of signing: October 12, 2016.
>
> Signature of Plaintiff   *Debby Genthner*
> Printed Name of Plaintiff   Debby Genthner

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking the court to grant me the following relief for the above claims against Dr. Kenneth Stone, Fresno Imaging Center, the nurses and the x-ray technician. I have documented evidence to prove that I have been harmed repeatedly to the present date because Dr. Kenneth Stone, Fresno Imaging Center, the nurses and the x-ray technician see attached copies for additional relief.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

> I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *October 12*, 20*16*.

Signature of Plaintiff   *Debby Genthner*
Printed Name of Plaintiff   *Debby Genthner*

## III. Statement of Claim

**Claim number 1.**

Dr. Kenneth Chong and his assisting nurse saw the foreign body in my abdomen area around my intestines that showed up on the x-ray taken on October 7, 2014 at Fresno Imaging Center. The assisting nurse said no one ever told you this was in there? I thought they were going to report this to my referring doctor. I told them that I have a lot of pressure and have a bowel movement two to three times a day. It feels like something is pushing my intestines into my diaphragm.

I am suing Dr. Kenneth Chong, Fresno Imaging Center, the nurses and the x-ray technician under Vicarious Liability for not diagnosing the foreign body in my abdomen area and for not reporting this to my referring doctor so I could get further treatment by a general surgeon to have this removed.

My right to be diagnosed and treated for the medical condition I have was violated.

I know Dr. Chong dictated the report for my x-ray taken. I am not sure if this is the same doctor that performed my fluoroscopy upper GI air contrast with small bowel follow through. This doctor did look at my x-ray with the nurses before my fluoroscopy upper GI air contrast was done. The doctor and nurses did see the foreign body in my abdomen area. I don't have the names of the nurses or the x-ray tech. The x-ray tech also commented on the foreign object in my abdomen area. These medical professionals all can be held liable for not reporting this foreign object in my abdomen area.

I am suffering every day from the constant pain and pressure this foreign body is causing me. My intestines are pushed up so high I have a hard time eating a normal amount of food and digesting it. It is hard to breath at times. I have a bowel movement two to three times a day.

See attached reports for my x-ray and fluoroscopy upper GI air contrast with

1 | small bowel follow through.  It does state that my x-ray was abnormal.  I have
2 | spontaneous gastroesophageal reflux and a small sliding hiatal hernia.  This is
3 | caused by the foreign body in my stomach.  See Exhibit A.
4 | **Lenhart v Toledo Urology Associates Inc.  48 Ohio App. 2d 249**
5 | A professional association comprising physicians, formed pursuant to statute, has
6 | the same general liability features as a general corporation.
7 | Professional associations of physicians, organized pursuant to statute, are liable
8 | for the negligent acts of the physicians who are operating and acting as their
9 | agents or officers. R.C. § 1785.02 et seq.
10 | *Medi-Stat, Inc. v Kusturin  792 S.W. 2d 869*
11 | Doctrine of respondeat superior can be applied to a situation where a business
12 | corporation employs a physician to deliver medical services.
13 | *O'Grady v Wickman 213 SO 2d 321*
14 | Duty of a physician in connection with diagnosis and treatment of patient is that
15 | physician must use ordinary skills and means and methods that are recognized as
16 | necessary and that are customarily followed in particular type of case according to
17 | standards of those who are qualified by training and experience to perform similar
18 | services in community or in a similar community.
19 | In malpractice action brought against treating physician, expert testimony is
20 | required to ascertain what skills and means and methods are recognized as necessary
21 | and customarily followed by a physician in the community, but such expert testimony
22 | is not required where the duty and its breach are so obvious as to be apparent to
23 | persons of common experience.
24 | **Morris v Parker Community Hospital 872 F.2d 429**
25 | All that is required in negligence cases is for the plaintiff to present probable
26 | facts from which negligence and causal relations may be reasonably inferred."
27 | **Condra v Leslie and  Clay Coal Co.  101 F. Supp 774**
28 | A cause of action does not consist of facts but of the unlawful violation of a

1 | right which the facts show.
2 | **Claim number 2.**
3 |    Dr. Kenneth Chong, the nurses and the x-ray technician did not report the foreign
4 | body that they all saw on my x-ray report taken on October 7, 2014 at Fresno
5 | Imaging Center to law enforcement authorities.
6 |    I had no surgeries so someone had to have performed a surgery against my will to
7 | put this in my body.  This foreign body should have been reported to the
8 | authorities.  Dr. Kenneth Chong, the nurses and the x-ray technician are mandated
9 | by law to report a foreign body in my stomach to the authorities.  The only way
10 | this could get there is if someone put it there against my will when I was
11 | incapacitated.  I woke up to this injury and many others.  I had to have been
12 | drugged in my sleep to have this placed in my stomach.  This is extremely heinous
13 | and calculated.  A monster like this needs to be stopped.  This should have been
14 | reported.
15 |    I am suing Dr. Kenneth Chong, Fresno Imaging Center, the nurses and x-ray
16 | technician under Vicarious Liability Penal Code 11160 (a) (2) and (b) and 11161 for
17 | not reporting the foreign body in my abdomen to the authorities on October 7, 2014
18 | at Fresno Imaging Center.  My right to have this crime reported and to be
19 | protected by the law and the people that are supposed to be upholding it was
20 | violated.  See attached reports for my x-ray and fluoroscopy upper GI air contrast
21 | with small bowel follow through.  Exhibit A.
22 |    I have continued to suffer from this injury and new injuries to the present date
23 | because of Dr. Kenneth Chong, the nurses and x-ray technician's negligence.
24 | **Landeros v Flood  17 cal. 3d 399**
25 | Statutes imposing general duty on hospitals and physicians to report to proper
26 | authorities if any person is brought to them suffering from injuries inflicted in
27 | violation of any penal law are not superseded by specific statute requiring
28 | physician to report if child is brought to him apparently suffering from battered

child syndrome. West's Ann.Pen.Code, §§ 11160, 11161, 11161.5.

Cause of action for compensatory damages for personal injuries cause by defendant's negligence in failing to properly diagnose and treat the condition from which plaintiff was suffering. Penal code section 11160. Any hospital where any person is brought who is suffering from any injuries inflicted in violation of any penal law of this state must report that fact immediately, by telephone and in writing to local law enforcement authorities. Section 11161. Imposes the identical duty on every physician who has under his care any person suffering from any such injuries.

*Lenhart v Toledo Urology Associates Inc. 48 Ohio App. 2d 249*

*A professional association comprising physicians, formed pursuant to statute, has the same general liability features as a general corporation.*

*Professional associations of physicians, organized pursuant to statute, are liable for the negligent acts of the physicians who are operating and acting as their agents or officers. R.C. § 1785.02 et seq.*

*Medi-Stat, Inc. v Kusturin 792 S.W. 2d 869*

*Doctrine of respondeat superior can be applied to a situation where a business corporation employs a physician to deliver medical services.*

**Morris v Parker Community Hospital 872 F.2d 429**

*All that is required in negligence cases is for the plaintiff to present probable facts from which negligence and causal relations may be reasonably inferred."*

**Condra v Leslie and Clay Coal Co. 101 F. Supp 774**

A cause of action does not consist of facts but of the unlawful violation of a right which the facts show.

**Claim number 3.**

 I am suing Dr. Kenneth Chong, Fresno Imaging Center, the nurses and x-ray technician under Vicarious Liability, 42 U.S.C.A. 1983 for emotional distress caused by Dr. Kenneth Chong, the nurses and x-ray technician not diagnosing me and reporting this foreign object to my referring doctor and to the authorities on

October 7, 2014 at Fresno Imaging Center.

I have continued to suffer from this injury and new injuries to the present date because of Dr. Kenneth Chong, the nurses and x-ray technician's failure to diagnose and to report the foreign body in my abdomen to the authorities.

I am suffering every day from the constant pain and pressure this foreign body is causing me. My intestines are pushed up so high I have a hard time eating a normal amount of food and digesting it. It is hard to breath at times. I have a bowel movement two to three times a day.

I am being mentally tortured by having this foreign body push my intestines into a man-made belly that I have to look at every day. The fact that I can't get my normal stomach back without surgery is major mental abuse. Why would any doctor intentionally keep a foreign body like this in my body? This could be causing further injuries that I am not aware of. I have been injured repeatedly to the current date. My most recent injuries are vaginal damages and a fracture in my left ankle. This is what I wake up to everyday. Dr. Kenneth Chong, the nurses and x-ray technician allowed this unknown perpetrator or perpetrators to continue to harm me by not reporting this injury to the Police Department.

**O'Grady v Wickman 213 SO 2d 321**

Duty of a physician in connection with diagnosis and treatment of patient is that physician must use ordinary skills and means and methods that are recognized as necessary and that are customarily followed in particular type of case according to standards of those who are qualified by training and experience to perform similar services in community or in a similar community.

In malpractice action brought against treating physician, expert testimony is required to ascertain what skills and means and methods are recognized as necessary and customarily followed by a physician in the community, but such expert testimony is not required where the duty and its breach are so obvious as to be apparent to persons of common experience.

**Landeros v Flood  17 cal. 3d 399**

Cause of action for compensatory damages for personal injuries cause by defendant's negligence in failing to properly diagnose and treat the condition from which plaintiff was suffering.  Penal code section 11160. Any hospital where any person is brought who is suffering from any injuries inflicted in violation of any penal law of this state must report that fact immediately, by telephone and in writing to local law enforcement authorities.  Section 11161.  Imposes the identical duty on every physician who has under his care any person suffering from any such injuries.

**Lenhart v Toledo Urology Associates Inc.   48 Ohio App. 2d 249**

A professional association comprising physicians, formed pursuant to statute, has the same general liability features as a general corporation. R.C. §§ 1785.02 et seq., 1785.08.

Professional associations of physicians, organized pursuant to statute, are liable for the negligent acts of the physicians who are operating and acting as their agents or officers. R.C. § 1785.02 et seq.

**Medi-Stat, Inc. v Kusturin  792 S.W. 2d 869**

Doctrine of respondeat superior can be applied to a situation where a business corporation employs a physician to deliver medical services.

 All of the above claims can be proven upon discovery of an Independent Medical Examiner, expert witness testimony and an examination of the x-rays and reports.

**Relief**

 I am asking the court to grant me the following relief for the above claims against Dr. Kenneth Stone, Fresno Imaging Center, the nurses and the x-ray technician.  I have documented evidence to prove that I have been harmed repeatedly to the present date because Dr. Kenneth Stone, Fresno Imaging Center, the nurses and the x-ray technician did not report the foreign body in my abdomen to the authorities on October 7, 2014 at Fresno Imaging Center.

 I have woke up to severe mouth burns, burns inside and outside of my vagina,

bruises on my arms and legs, needle marks on my arms and legs and an avulsion navicular fracture in my ankle. My inner left ankle has been repeatedly injured since September 2015. There are records and reports to prove these injuries. These are the injuries to my body since the x-ray and fluoroscopy upper GI air contrast with small bowel follow through. I have had additional injuries before this date.

    I am asking for punitive damages for Dr. Kenneth Stone, Fresno Imaging Center, the nurses and the x-ray technician not diagnosing my foreign body in my abdomen, not referring me to a general surgeon for treatment and for not reporting the foreign body in my abdomen to the authorities.

    Dr. Kenneth Stone, Fresno Imaging Center, the nurses and the x-ray technician saw the foreign body in my abdomen and commented on it and said no one ever told you it was in there and then did not diagnose it so I could see a general surgeon to get it removed. This was done on purpose. This is extremely heinous and calculated. Dr. Kenneth Stone, Fresno Imaging Center, the nurses and the x-ray technician allowed me to continue to be harmed by these perpetrators for two more years because they did not diagnose the foreign body or report it to the authorities.

    Their licenses should be revoked and they all should be criminally charged. I am suffering every day and I don't know how much damage this is causing my body. They should be made an example of so other doctors will not continue to harm patients on purpose. It doesn't matter why they did it. This should never be done to any patient for any reason. If they are not professional enough to provide proper care to all people, then they shouldn't be doctors.

    Dr. Kenneth Stone, Fresno Imaging Center, the nurses and the x-ray technician need to be held accountable and be criminally charged and have their licenses revoked for not diagnosing my foreign body in my abdomen, not referring me to a general surgeon for treatment and for not reporting the foreign body in my abdomen to the authorities.

1  I ask the court to compensate me for the pain and suffering that Dr. Kenneth
2  Stone, Fresno Imaging Center, the nurses and the x-ray technician caused me.
3  I am asking the court to grant me compensatory damages, punitive damages,
4  intentional infliction of emotional distress and negligent infliction of emotional
5  distress for claims one through three above.

## V. Certification and Closing

Under Federal Rule of Civil procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's office may result in the dismissal of my case.

Date of signing: October 12, 2016

Signature of Plaintiff: *Debby Genthner*
Printed Name of Plaintiff: Debby Genthner

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.
Signed at Fresno, California, October 12, 2016

8



# FRESNO IMAGING CENTER
6191 N. THESTA
FRESNO, CA 93710
Telephone (559) 447-2600 / Fax (559) 447-2611

**GENTHNER, DEBBY**
MRN: 00468986-1
DOB: 04/08/1965   Sex:   F

Date of Service: 10/7/2014
Exam:   (FIC)   X-RAY ABDOMEN 2 VIEWS

RAM L MITTAL, MD
7215 N. FRESNO ST
SUITE 101
FRESNO, CA 93720

Fax #   (559) 449-0609

EXAM: X-RAY ABDOMEN, TWO VIEWS

HISTORY:
49-year-old female with abdominal pressure. Rule out gastric and small bowel obstruction.

TECHNIQUE:
AP supine and AP upright views of the abdomen were obtained.

COMPARISON:
Upper GI series and small-bowel follow-through from Fresno Imaging Center on 10/7/2014.

FINDINGS:
There is a moderate to large amount of stool in the ascending colon and rectum. No abnormally dilated loops of small or large bowel or air-fluid levels are present to suggest a bowel obstruction. No abnormal soft tissue calcifications are noted. There is no intraperitoneal free air. Incidental note is made of small sclerotic foci in the left iliac crest, which represent bone islands.

IMPRESSION:

Moderate to large amount of stool in the ascending colon and rectum. No evidence for a bowel obstruction.

If the referring clinician would like to speak with the interpreting radiologist, please call 559-447-2600.

**End of diagnostic report for accession:**   29561692

**Dictated By:**      Chong, Kenneth, MD
**Transcribed By:**   RII  10/07/2014  10:45AM
**Signed By:**        Kenneth Chong, MD  10/07/2014  10:45AM

0

## FRESNO IMAGING CENTER
6191 N. THESTA
FRESNO, CA 93710
Telephone (559) 447-2600 / Fax (559) 447-2611

**GENTHNER, DEBBY**
MRN: 00468986-1
DOB: 04/08/1965    Sex:  F

Date of Service: 10/7/2014
Exam:    (FIC)   FLUORO UPPER GI AIR CONTRAST
                 WITH SMALL BOWEL

RAM L MITTAL, MD
7215 N. FRESNO ST
SUITE 101
FRESNO, CA 93720

Fax #   (559) 449-0609

EXAM: FLUOROSCOPY UPPER GI AIR CONTRAST WITH SMALL BOWEL

HISTORY:
49-year-old female with abdominal pressure. Rule out gastric and small bowel obstruction.

TECHNIQUE:
Air-contrast upper GI series with small bowel follow-through.

Fluoroscopy Time: 4.3 minutes.

COMPARISON:
Abnormal x-rays from Fresno Imaging Center on 10/7/2014.

FINDINGS:
PHARYNX: The pharynx distends normally. No filling defect, stricture, web, Zenker's diverticulum, Killian Jamieson diverticulum, lateral pharyngeal pouch, or transient cricopharyngeal spasm was demonstrated. No aspiration of the liquid barium was seen.

ESOPHAGUS: The esophagus distends normally and the esophageal motility is normal. No filling defect, ulcer, or stricture is seen. There is a small sliding hiatal hernia. There was spontaneous gastroesophageal reflux to the level of the mid thoracic esophagus. However, there was no radiographic evidence for esophagitis. When the patient swallowed a 13 mm barium tablet, the tablet quickly passed into the stomach without difficulty.

STOMACH: The stomach distends normally. No gastric rugal fold thickening, ulcer, or mass is seen. No gastric outlet obstruction is noted.

DUODENUM: No duodenal ulcer is noted. The duodenal sweep is normal.

SMALL BOWEL: The jejunal and ileal small bowel fold pattern is normal. No filling defect, stricture, fistula, or enteritis is noted. The terminal ileum are normal. There is no evidence for celiac sprue or Crohn's disease. The transit time for the passage of the barium into the colon was 15 minutes.

# FRESNO IMAGING CENTER
6191 N. THESTA
FRESNO, CA 93710
Telephone (559) 447-2600 / Fax (559) 447-2611

**GENTHNER, DEBBY**
**MRN:** 00468986-1
**DOB:** 04/08/1965   **Sex:**   F

RAM L MITTAL, MD
7215 N. FRESNO ST
SUITE 101
FRESNO, CA 93720

**Date of Service:** 10/7/2014
**Exam:**   (FIC)   FLUORO UPPER GI  AIR CONTRAST
                WITH SMALL BOWEL

Fax #   (559) 449-0609

IMPRESSION:

1. Spontaneous gastroesophageal reflux, without radiographic evidence for esophagitis.

2. Small sliding hiatal hernia.

3. No evidence for gastric outlet obstruction or small bowel obstruction.

If the referring clinician would like to speak with the interpreting radiologist, please call 559-447-2600.

**End of diagnostic report for accession:**   29527986

**Dictated By:**      Chong, Kenneth, MD                              0
**Transcribed By:**   RII 10/07/2014 10:45AM
**Signed By:**        Kenneth  Chong, MD  10/07/2014  10:45AM